**In the Interest of J.P., Appellant,**

v.

**JUVENILE OFFICER, Respondent.**

**No. WD 76175.**

Missouri Court of Appeals,
Western District.

May 13, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied June
24, 2014.

Application for Transfer Denied
Aug. 19, 2014.

Damien S. Bhakti De Loyola, Kansas City, MO, for appellant.

Sophia R. Washington and Lori A. Fluegel, Kansas City, MO, for respondent.

Before Division One: ALOK AHUJA, P.J., and THOMAS H. NEWTON and ANTHONY R. GABBERT, JJ.

ORDER

PER CURIAM:

J.P., a juvenile, appeals the judgment of the Circuit Court of Jackson County, finding him to be delinquent based on his commission of acts which would constitute the crime of property damage in the first degree. J.P. argues that the evidence was insufficient to establish his commission of the offense. He also argues that the court's order that he pay $750.00 in restitution in its written judgment was unlawful, because it varied from the trial court's oral pronouncement of the disposition it intended to impose. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).